## MOTION AND PROCEDURAL RULINGS

## CASE ANNOUNCEMENTS
*February 25, 2014*

[Cite as *02/25/2014 Case Announcements*, 2014-Ohio-651.]

## MOTION AND PROCEDURAL RULINGS

**2014–0226.  In re L.W.**
Cuyahoga App. No. 99527, 2013-Ohio-5735. This cause is pending before the court as a jurisdictional appeal.
   Upon consideration of appellant's motion to file under seal L.W.'s affidavit of indigence, it is ordered by the court that the motion is granted.

## DISCIPLINARY CASES

**2012–2073.  Disciplinary Counsel v. Oberholtzer.**
On order to show cause. Mattheuw William Oberholtzer, Attorney Registration No. 0041239, is found in contempt for failure to comply with the court's September 4, 2013 order. The previously imposed stay of his 12-month suspension is revoked, and he is suspended from the practice of law in Ohio.

## MEDIATION MATTERS

   The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

**2014–0235.  Hillenmeyer v. Cleveland Bd. of Rev.**
Board of Tax Appeals, No. 2009–3688.

**2014–0244.  State ex rel. Schiffbauer v. Banaszak.**
In Mandamus.

**2014–0249.  Krenhnbrink v. Testa.**
Board of Tax Appeals, No. 2012–2368.

**2014–0252.  State ex rel. Conway v. Franklin Cty. Prosecutor's Office.**
In Mandamus.

   The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).
   Respondent shall file a response within 21 days of the date of this entry.

**2014–0041.  State ex rel. Deal v. Ohio State Univ.**
In Mandamus.

   The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. 19.01(E).
   The appellants in each case shall file a brief within 40 days of the date of these entries, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss these cases or take other action if the parties fail to timely file merit briefs.

**2014–0050.  State ex rel. WFAL Constr. v. Buehrer.**
Franklin App. No. 12AP–996, 2013-Ohio-5700.